# United States District Court

WESTERN DISTRICT OF WASHINGTON

HEATHER PIETZ, o/b/o T.C.E, a minor child,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5213KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court finds the ALJ properly determined plaintiff was not disabled. The ALJ's decision is AFFIRMED.

March 16, 2009                                BRUCE RIFKIN
                                                                   Clerk

                                                                s/ *Traci Whiteley*
                                                        By Traci Whiteley, Deputy Clerk